JAMES D. MARTIN, Appellant, v JAMES S. HOAR, SR., Respondent and Third-Party Plaintiff. WILLIAM F. JOHNSON, SR., et al., Doing Business as WILLIAM F. JOHNSON & SONS, Third-Party Defendants-Respondents.—

Present—Boomer, J. P., Green, Pine, Lawton and Davis, JJ.